JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JAIME INIGUEZ CASTRO,

                Plaintiff,

      v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,

                Defendant.

) Case No. ED CV 15-1861-DDP (SP)
)
)
) **JUDGMENT**
)
)
)
)
)
)
)
)

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: _1/31/18_

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE